Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | Martin Paul Goodlove, Sr. |
| **Docket Number:** | 2:02CR00313 |
| **Judicial Officer:** | Honorable Dale A. Drozd<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | November 19, 2002 |
| **Original Offense:** | 18 USC 228(a)(1), Willful Failure to Pay Child Support |
| **Original Sentence:** | 5 years probation; $10 special assessment; $160,343.77 restitution. |
| **Special Conditions:** | 1) Financial disclosure; 2) Financial restrictions; 3) Drug/Alcohol testing; 4) Aftercare co-payment; 5) Do not discharge restitution obligation in bankruptcy hearing. |
| **Other Court Action:** | 06/17/2003: Petition filed alleging use of a controlled substance, which he later admitted to on July 1, 2003.<br><br>09/30/2003: Offender continued on probation with additional conditions of supervision to include participation in a correctional treatment program and 90 days in CCC placement.<br><br>06/01/2004: The Court was notified of the defendant's illicit drug use and approved the probation officer's plan, requiring him to continue on supervision as previously recommended.<br><br>04/01/2005: The Court was notified of the defendant's illicit drug use and approved the probation officer's plan, requiring him to continue on supervision as previously recommended. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | November 19, 2002 |

**RE:  Goodlove, Martin**
     **Docket Number: 2:02CR00313**

## PETITIONING THE COURT

[X]     **To modify the conditions of supervision as follows:**

1. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

## NON-COMPLIANCE SUMMARY

1. **ILLICIT DRUG USE (DATES) - Methamphetamine (July 25, 2005); Methamphetamine and Marijuana (August 8, 2005)**

**Details of alleged non-compliance:** On July 25, 2005, the defendant submitted a urine sample which revealed the use of methamphetamine, in violation of the condition that he not use any controlled substance. Furthermore, on August 8, 2005, he submitted a urine sample which revealed the use of methamphetamine and marijuana, in violation of the condition that he not use any controlled substance.

2. **FAILURE TO ATTEND COUNSELING**

**Details of alleged non-compliance:** On August 11, 2005, and August 18, 2005, the defendant failed to attend group counseling, in violation of the condition that he attend counseling at the direction of his probation officer.

**JUSTIFICATION**

Although the defendant has continued to use narcotics and missed counseling on two occasions, it is felt he may benefit from individual counseling at this time. The defendant readily admits he has relapsed and understands he has one last opportunity to deal with his substance abuse issues in the community. Furthermore, the defendant admitted that alcohol has played a role in his drug use, and he is willing to modify his conditions and abstain from alcohol consumption during the remainder of his term of supervision. With the exception of his drug use, the defendant has complied with all other conditions of supervision and has reported as instructed by this officer. In consideration of these factors, the probation officer is recommending he enroll into individual counseling and abstain from the use of alcohol. It should be noted he has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

**RE:   Goodlove, Martin**
      **Docket Number: 2:02CR00313**

Respectfully submitted,

*/s/ Tim Mechem*

**Tim Mechem**
United States Probation Officer
Telephone:  (559) 498-7396

**DATED:**   August 31, 2005
           Fresno, California
           TDM

**Reviewed by:**   **/s/ Bruce Vasquez**
                 **Bruce A. Vasquez**
                 Supervising United States Probation Officer

RE:   **Goodlove, Martin**
      **Docket Number: 2:02CR00313**

---

**THE COURT ORDERS:**

( **X** )   **Modification approved as recommended.**

(   )   **Modification not approved at this time.  Probation Officer to contact Court.**

(   )   **Other:**

DATED: August 31, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/goodlove0313.ord

cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File

Rev. 02/2000
PROB12B.MRG